*Klingbeil against the Public Bank.* No opinion. Application denied, with $10 costs. Order signed. See, also, 128 N. Y. Supp. 674.

KNAPP, Appellant, v. SCHLESINGER et al., Respondents. (Supreme Court, Appellate Division, First Department. May 19, 1911.) Action by Mark I. Knapp against Adolph Schlesinger and others. M. I. Knapp, for appellant. M. H. Hochdorf, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

KNIERIEM v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, First Department. April 28, 1911.) Action by Joseph A. Knieriem against the New York Central & Hudson River Railroad Company. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

KOELLHOFFER v. HILLEBRAND et al. (Supreme Court, Appellate Division, Second Department. April 28, 1911.) Action by Silverius Koellhoffer against Henry Hillebrand and others.

PER CURIAM. Judgment affirmed, with costs, as to the appellant Hillebrand, and reversed as to the appellants Schneider and Farragut Realty Company, and new trial granted, costs to abide the event, upon the ground that the evidence fails to establish a cause of action against either of them in plaintiff's favor. See, also, 134 App. Div. 936, 118 N. Y. Supp. 1118.

KOPLINGER, Appellant, v. AMERICAN LOCOMOTIVE CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 17, 1911.) Action by Frank Koplinger against the American Locomotive Company. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied. For former decision, see 128 N. Y. Supp. 1129.

KOWALSKA, Respondent, v. SEMELKA, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 3, 1911.) Action by Anna Kowalska against Theophilus Semelka.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event. Held: (1) That the verdict is contrary to the evidence; (2) that, assuming defendant was guilty of the acts alleged, they were with the consent of the plaintiff; (3) that the trial was conducted in a manner prejudicial to the defendant's rights in many respects.

SPRING, J., concurs in result only.

KRAM, Appellant, v. SHYEV, Respondent. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by Harry Kram against Joseph Shyev. E. Cohn, for appellant. S. L. Samuels, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 125 App. Div. 922, 110 N. Y. Supp. 1134.

KRASSELT et al., Appellants, v. WORTH et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 24, 1911.) Action by William Krasselt and another, as executors, etc., against Louise Worth and others.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellants to abide event. Held, that upon the evidence as it stood when the plaintiffs rested they had made out a prima facie case, and a nonsuit should not have been granted, and the third finding in the decision is not sustained by the evidence.

ROBSON, J., dissents.

In re KUEHNERT. (Supreme Court, Appellate Division, First Department. June 9, 1911.) In the matter of Robert Kuehnert. No opinion. Application denied. Settle order on notice. See, also, 128 N. Y. Supp. 1130.

LACHMANN et al. v. PEOPLE et al. (Supreme Court, Appellate Division, Second Department. May 26, 1911.) Action by Abraham Lachmann and another against the People of the State of New York and others. No opinion. Order (127 N. Y. Supp. 910), affirmed, with $10 costs and disbursements.

LANDSMAN, Respondent, v. JOLINE et al., Appellants. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by Benjamin Landsman, an infant, etc., against Adrian H. Joline and others, as receivers, etc. B. H. Ames, for appellants. C. Steckler, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

LANDSMAN, Respondent, v. JOLINE et al., Appellants. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by Ernestine Landsman against Adrian H. Joline and others, as receivers. B. H. Ames, for appellants. C. Steckler, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

LARCHAN v. MACDUFF et al. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by Joseph Larchan against Emily Macduff and others. C. Meyers, for appellant. E. Van Dernoot, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LARKE, Respondent, v. JOHNSTON, Appellant. (Supreme Court, Appellate Division, Second Department. June 2, 1911.) Action by Thomas Larke, an infant, by Seneca Larke, Jr., his guardian ad litem, against John Johnston.

PER CURIAM. Judgment of the Municipal Court affirmed, with costs.

WOODWARD and RICH, JJ., dissent.

In re LASH. (Supreme Court, Appellate Division, First Department. May 12, 1911.) In the matter of Sidney R. Lash, an attorney. No

opinion. Reference ordered before the official referee. Settle order on notice.

LASHER v. McDERMOTT et al. (Supreme Court, Appellate Division, Third Department. May 16, 1911.) Action by Abbie Lasher against Thomas F. McDermott, as executor, etc., of Rose Quest, deceased, and others. No opinion. Motion denied. See, also, 129 N. Y. Supp. 416.

LAZARONY et al., Respondents, v. PENNSYLVANIA R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 17, 1911.) Action by Joseph L. Lazarony and others against the Pennsylvania Railroad Company. No opinion. Judgment affirmed, with costs.

LEAVITT, Respondent, v. LICHTENSTEIN, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 10, 1911.) Action by William Leavitt against Rudolph Lichtenstein. No opinion. Order affirmed, with $10 costs and disbursements.

LE BARON, Appellant, v. BARKER, Respondent. (Supreme Court, Appellate Division, Second Department. June 9, 1911.) Action by Georgianna L. Le Baron against Frances E. Barker. No opinion. Motion to dismiss appeal denied, without costs.

LEHIGH VALLEY NAT. BANK, Respondent, v. FURBER, Appellant. (Supreme Court, Appellate Division, First Department. April 28, 1911.) Action by the Lehigh Valley National Bank against Percy N. Furber. A. Furber, for appellant. R. T. Greene, for respondent. No opinion. Judgment and orders affirmed, with costs. Order filed.

LEHMAN, Appellant, v. LITTLE FALLS & D. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 24, 1911.) Action by Oscar C. Lehman against the Little Falls & Dolgeville Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements.

LERBS, Appellant, v. LERBS, Respondent. (Supreme Court, Appellate Division, Second Department. June 2, 1911.) Action by Harry J. Lerbs against Emma M. Lerbs. No opinion. Motion granted, without costs. See, also, 129 N. Y. Supp. 903.

LERNER, Appellant, v. TETRAZZINI, Respondent. (Supreme Court, Appellate Division, First Department. May 12, 1911.) Action by Isidor Lerner against Louise Tetrazzini. S. E. Rogers, for appellant. B. F. Spellman, for respondent. No opinion. Judgment and order (129 N. Y. Supp. 889) affirmed, with $10 costs and disbursements. Order filed.

LESSLER, Respondent, v. ASSETS REALIZATION CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 3, 1911.) Action by Clara Lessler against the Assets Realization Company. No opinion. Judgment affirmed, with costs.

LINK, Respondent, v. BLOCK, Appellant, et al. (Supreme Court, Appellate Division, Second Department. May 26, 1911.) Action by Anna Maria Link against Joseph Block and others. No opinion. Interlocutory judgment, overruling demurrer, affirmed, with costs.

LOEWI v. LANDEKER. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by Joseph Loewi against Adolph E. Landeker. No opinion. Motion denied, with $10 costs. Order filed. See, also, 128 N. Y. Supp. 1132.

LONG, Respondent, v. ONONDAGA INDEPENDENT TELEPHONE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 2, 1911.) Action by Margaret Long, as administratrix, etc., against the Onondaga Independent Telephone Company. No opinion. Judgment and order affirmed, with costs.

LORD & TAYLOR, Appellant, v. BOYER, Respondent. (Supreme Court, Appellate Division, First Department. May 19, 1911.) Action by Lord & Taylor against Catherine L. Boyer. H. Smith, for appellant. J. S. Frank, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

LUDEWIG, Respondent, v. BOSSELMAN, Appellant. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by Otto R. Ludewig against Andreas C. Bosselman. J. W. Brainsby, for appellant. B. N. Cardozo, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LUDLOW REALTY CO., Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. May 19, 1911.) Action by the Ludlow Realty Company against the City of New York. No opinion. Judgment affirmed, with costs.

LUMAN W. JOHNSON, Inc., v. WILSON et al. (Supreme Court, Appellate Division, First Department. May 5, 1911.) Appeal from Trial Term, New York County. Action by Luman W. Johnson, Incorporated, against Isaac Wilson and another, copartners, comprising the firm of the Rockaway Wilson Company. From a judgment for plaintiff, and from an order denying a new trial, defendants appeal. Affirmed. Max D. Steuer, for appellants. Henry B. Johnson, for respondent.

PER CURIAM. Judgment and order affirmed, with costs.

INGRAHAM, J. (dissenting). I do not concur in the affirmance of this judgment. Plaintiff's right to recover was based upon his procuring a purchaser of certain property in the Bronx, which deal subsequently the defendants refused to complete. The plaintiff did procure a person who was willing to convey a certain hotel property in Ulster county for this Bronx property, and such purchaser made a contract, not with the defendants, but with one Heller, to make the exchange. The vice pres-